# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHANDESTRIA HAWKINS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 20-00084-KD-B |
| METAL SERVICES, LLC, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Sonja F. Bivins informs the Court that this action has settled but an additional 45 days are necessary to finalize the settlement documents.

Upon consideration, this action is **DISMISSED with prejudice** s**ubject to the right of either party to reinstate the action within forty (45) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 8th day of September 2020.

      **/s/ Kristi K. DuBose**
      **KRISTI K. DuBOSE**
      **CHIEF UNITED STATES DISTRICT JUDGE**